No. 00–5135. MATTAROLO v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 00–5136. MALICOAT v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 00–5138. KEENAN v. MICHIGAN. Cir. Ct. Muskegon County, Mich. Certiorari denied.

No. 00–5139. MARTIN v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 00–5140. LUCKETT v. KEMNA, SUPERINTENDENT, CROSSROADS CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 00–5141. RUBALCAVA-PEREZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 00–5142. WARMSLEY v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 00–5143. WELLS v. LOCKYER, ATTORNEY GENERAL OF CALIFORNIA. C. A. 9th Cir. Certiorari denied.

No. 00–5144. BIERI v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 00–5145. MORAN v. STRAUB, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 00–5146. PHILLIPS v. DORMIRE, SUPERINTENDENT, JEFFERSON CITY CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 00–5147. BAKER v. DAWLEY ET AL. C. A. 9th Cir. Certiorari denied.

No. 00–5148. BENT v. DUVAL. C. A. 1st Cir. Certiorari denied.

No. 00–5149. MCKNIGHT v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 00–5150. DORSEY v. UNITED STATES. C. A. 7th Cir. Certiorari denied.